# Earnings Statement



S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Period Beginning: 06/06/2021
Period Ending: 06/19/2021
Pay Date: 06/25/2021

SHAWNE MACK
361 SOUTH MILLER ROAD
FAIRLAWN OH 44333

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg. Earnings | 23.4300 | 77.00 | 1,804.11 | 22,248.91 |
| O.T. Earnings | 35.1450 | 6.50 | 228.45 | 342.67 |
| Vacation | 23.4300 | 8.00 | 187.44 | 556.72 |
| Holiday | | | | 556.72 |
| Retroactive | | | | 112.00 |
| Sick Kemp | | | | 926.00 |
| **Gross Pay** | | | **$2,220.00** | 24,743.02 |

Your federal taxable wages this period are
$2,020.95

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| Totl Hrs Worked | 83.50 | |

**Important Notes**
COMPANY PH#:+1 216 271 7700

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -138.47 | 602.49 |
| | Social Security Tax | -128.05 | 1,447.80 |
| | Medicare Tax | -29.95 | 338.60 |
| | OH State Income Tax | -51.39 | 532.40 |
| | Cuyahoga Hei Income Tax | -51.63 | 583.78 |
| | **Other** | | |
| | Dental | -25.63 | 352.42 |
| | Group Medical | -129.02 | 1,032.16 |
| | Voya Life | -5.08 | 66.04 |
| | 401K Pretax | -44.40 | 460.72 |
| | Garnishment | | 439.60 |
| | Vision | | 6.81 |
| | **Net Pay** | | **$1,616.38** |
| | Dir Dep Check | -1,616.38 | |
| | **Net Check** | | **$0.00** |

**Additional Tax Withholding Information**

Taxable Marital Status:
  OH:     Single
Exemptions/Allowances:
  OH:     2

© 2002 ADP, LLC

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Advice number: 00000250247
Pay date: 06/25/2021

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| SHAWNE MACK | xxxxxx2725 | xxxx xxxx | $1,616.38 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement



S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

| | |
|---|---|
| Period Beginning: | 05/23/2021 |
| Period Ending: | 06/05/2021 |
| Pay Date: | 06/11/2021 |

SHAWNE MACK
361 SOUTH MILLER ROAD
FAIRLAWN OH 44333

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg. Earnings | 23.4300 | 72.00 | 1,686.96 | 20,444.80 |
| O.T. Earnings | 35.1450 | 3.25 | , 114.22 | 114.22 |
| Holiday | 23.4300 | 8.00 | 187.44 | 556.72 |
| Retroactive | | | | 112.00 |
| Sick Kemp | | | | 926.00 |
| Vacation | | | | 369.28 |
| **Gross Pay** | | | **$1,988.62** | 22,523.02 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -111.26 | 464.02 |
| | Social Security Tax | -113.71 | 1,319.75 |
| | Medicare Tax | -26.59 | 308.65 |
| | OH State Income Tax | -43.20 | 481.01 |
| | Cuyahoga Hei Income Tax | -45.85 | 532.15 |
| | **Other** | | |
| | Dental | -25.63 | 326.79 |
| | Group Medical | -129.02 | 903.14 |
| | Voya Life | -5.08 | 60.96 |
| | 401K Pretax | -39.77 | 416.32 |
| | Garnishment | | 439.60 |
| | Vision | | 6.81 |
| | **Net Pay** | | **$1,448.51** |
| | Dir Dep Check | -1,448.51 | |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$1,794.20

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 75.25 | |

**Important Notes**
COMPANY PH#:+1 216 271 7700

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
  OH:       Single
Exemptions/Allowances:
  OH:       2

© 2000 ADP, LLC

---

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

| | |
|---|---|
| Advice number: | 00000230212 |
| Pay date: | 06/11/2021 |

Deposited to the account of
SHAWNE MACK

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx2725 | xxxx xxxx | $1,448.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**  ✓

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Period Beginning: 05/09/2021
Period Ending: 05/22/2021
Pay Date: 05/28/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

SHAWNE MACK
361 SOUTH MILLER ROAD
FAIRLAWN OH 44333

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg. Earnings | 23.4300 | 80.00 | 1,874.40 | 18,757.84 |
| Holiday | | | | 369.28 |
| Retroactive | | | | 112.00 |
| Sick Kemp | | | | 926.00 |
| Vacation | | | | 369.28 |
| **Gross Pay** | | | **$1,874.40** | 20,534.40 ✓ |

Your federal taxable wages this period are
$1,682.26

**Other Benefits and Information**

| | this period | total to date |
|---|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

### Important Notes

COMPANY PH#:+1 216 271 7700

BASIS OF PAY: HOURLY

## Deductions

| Deductions | | this period | year to date |
|------------|---|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -97.82 | 352.76 |
| Social Security Tax | | -106.62 | 1,206.04 |
| Medicare Tax | | -24.94 | 282.06 |
| OH State Income Tax | | -39.15 | 437.81 |
| Cuyahoga Hei Income Tax | | -42.99 | 486.30 |
| **Other** | | | |
| Dental | | -25.63 | 301.16 |
| Group Medical | | -129.02 | 774.12 |
| Voya Life | | -5.08 | 55.88 |
| 401K Pretax | | -37.49 | 376.55 |
| Garnishment | | | 439.60 |
| Vision | | | 6.81 |
| **Net Pay** | | **$1,365.66** | |
| Dir Dep Check | | -1,365.66 | |
| **Net Check** | | **$0.00** | |

### Additional Tax Withholding Information

Taxable Marital Status:
  OH:      Single
Exemptions/Allowances:
  OH:      2

© 2000 ADP, LLC

---

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Advice number: 00000210212
Pay date: 05/28/2021

Deposited to the account of
SHAWNE MACK

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx2725 | xxxx xxxx | $1,365.66 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Period Beginning: 04/25/2021
Period Ending: 05/08/2021
Pay Date: 05/14/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

SHAWNE MACK
361 SOUTH MILLER ROAD
FAIRLAWN OH 44333

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg. Earnings | 23.4300 | 80.00 | 1,874.40 | 16,883.44 |
| Holiday | | | | 369.28 |
| Retroactive | | | | 112.00 |
| Sick Kemp | | | | 926.00 |
| Vacation | | | | 369.28 |
| **Gross Pay** | | | **$1,874.40** | 18,660.00 |

Your federal taxable wages this period are $1,682.26

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 216 271 7700

BASIS OF PAY: HOURLY

## Deductions

| Deductions | | this period | year to date |
|------------|--|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -97.82 | 254.94 |
| Social Security Tax | | -106.63 | 1,099.42 |
| Medicare Tax | | -24.93 | 257.12 |
| OH State Income Tax | | -39.15 | 398.66 |
| Cuyahoga Hei Income Tax | | -42.99 | 443.31 |
| **Other** | | | |
| Dental | | -25.63 | 275.53 |
| Group Medical | | -129.02 | 645.10 |
| Voya Life | | -5.08 | 50.80 |
| 401K Pretax | | -37.49 | 339.06 |
| Garnishment | | | 439.60 |
| Vision | | | 6.81 |
| **Net Pay** | | **$1,365.66** | |
| Dir Dep Check | | -1,365.66 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**

| Taxable Marital Status: | |
|-------------------------|--|
| OH: | Single |
| Exemptions/Allowances: | |
| OH: | 2 |

© 2002 ADP, LLC

S.S. KEMP & CO., LLC
4567 WILLOW PARKWAY
CLEVELAND, OH 44125

Advice number: 00000190196
Pay date: 05/14/2021

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| SHAWNE MACK | xxxxxx2725 | xxxx xxxx | $1,365.66 |

**NON-NEGOTIABLE**